## DOAR RIECK KALEY & MACK

ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK
———
OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
———
e-mail: firm@doarlaw.com
website: www.doarlaw.com

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911
———
TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037

February 20, 2026

**Motion GRANTED.**

**Dated: February 23, 2026**
**New York, New York**

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

**Via ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Jery Daniel Monegro Castillo*
       25 Cr. 393 (JRL)

Dear Judge Rochon:

I represent the defendant Jery Daniel Monegro Castillo in the above-referenced matter. I write to request the Court's authorization for the undersigned counsel for Mr. Castillo, and Margaret Shalley, Esq., counsel for the co-defendant, Ignacio Antonio Farias Herndandez, to engage the services of Axton Justice Premier, a translation service, to translate the several recorded conversations (all of which are in the Spanish language) provided in discovery by the Government. Counsel for the two defendants will coordinate these activities such that a joint request will be made on the E-voucher system for these translation services.

I have discussed this request and the process for making it with Alan Nelson, Esq., the Circuit's case budgeting attorney, who advised submitting this request to the Court in the first instance. If this application is granted, counsel will submit an authorization request through the E-voucher system.

The Hon. Jennifer L. Rochon                -2-                February 20, 2026

Thank you for the Court's consideration of this request.

Respectfully submitted,

John F. Kaley
Doar Rieck Kaley & Mack
217 Broadway, Suite 707
New York, New York 10007
(212) 619-3730

cc:   All counsel (via ECF-filing)
      Alan Nelson, Esq. (via E-mail)