UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

IGNACIO ANTONIO FARIAS HERNANDEZ,
Defendant.

Case No. 25-cv-00393

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

As stated at the August 11, 2026 status conference, IT IS HEREBY ORDERED that a jury trial shall commence on Tuesday, **January 19, 2027** at 9:30 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that Defendant shall make any substantive motions no later than **October 1, 2026**, the Government shall respond no later than **October 13, 2026**, and Defendant shall file any reply no later than **October 22, 2026**. All submissions shall comply with the Court's Individual Rules and Local Rules.

IT IS FURTHER ORDERED that the parties shall comply with the following schedule for pre-trial submissions:

| | |
|---|---|
| **December 2, 2026:** | The Government shall file any motions *in limine*, any Rule 404(b) notices, and its exhibit list and witness list.<br><br>In addition, the parties shall jointly file their proposed *voir dire*, requests to charge, and verdict form in accordance with the Court's Individual Rules. |
| **December 9, 2026:** | Defendant shall file responses to the Government's motion(s) and their own motions *in limine*, if any. |
| **December 16, 2026:** | The Government shall file a response to Defendant's motion(s) *in limine*, if any. |

There shall be no replies to any motions *in limine*. The parties shall otherwise comply with the Court's Individual Rule 6 regarding criminal cases.

Finally, IT IS FURTHER ORDERED that the parties shall appear for a final pre-trial conference on **January 13, 2027** at 2:00 p.m. in the aforementioned courtroom.

Dated: August 11, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge