# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLP
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com


September 29, 2026

**VIA ECF**
The Honorable Jennifer L. Rochon
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***United States v. Ignacio Antonio Farias Hernandez***
**25 Cr. 393 (JLR)**

Dear Judge Rochon:

I represent defendant Ignacio Antonio Farias Hernandez in the above-referenced matter. Pretrial motions are currently due October 1, 2026. The purpose of this letter is to respectfully request that the Court adjourn that deadline for 30 days, to the week of November 2, 2026, or to a later date convenient to the Court. Additional discovery was produced in early August, and significant issues have arisen from that production. The requested adjournment will allow counsel additional time to review and investigate the new discovery and to continue working toward a possible pretrial resolution. This is counsel's first request to adjourn the motions deadline, and the Government does not object.

The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/ s /

Margaret M. Shalley

cc: All counsel (*via ECF*)

Letter Motion GRANTED. Defendant's substantive motions shall be filed no later than **November 2, 2026.** The Government shall file a response no later than **November 16, 2026.** Defendant shall file a reply, if any, no later than **November 23, 2026.**

**SO ORDERED.**

Dated: September 29, 2026
New York, New York

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**