UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

IGNACIO ANTONIO FARIAS HERNANDEZ,

Defendant.

25-cr-00393 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

It is hereby ORDERED that a status conference will be held on **October 20, 2026 at 10:00 a.m.** in Courtroom 20B, of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated: October 19, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge